IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

|  |  |
|---|---|
| ENSOCARE INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 5:20-cv-00306-MTT |
| ) | |
| ENSOCARE: HOLISTIC MENTAL ) | |
| HEALTH SERVICES, LLC, ) | |
| ) | |
| Defendant ) | |

**ORDER**

Pursuant to the parties' agreement, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's complaint on or before September 7, 2020.

Dated: August _____, 2020

_____
Marc T. Treadwell, Chief Judge
United States District Court

4816-5980-4081, v. 1